PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00078 BAM |
|---|---|
| Plaintiff, | JOINT STIPULATION TO CONTINUE PRELIMINARY HEARING; AND ORDER THEREON |
| v. | |
| Jorge Calestino ALVAREZ-Arias and Gilberto ZARATE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the preliminary hearing scheduled on July 22, 2016, should be continued to July 29, 2016, at 2:00 p.m.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney's Office

DATED: July 20, 2016          /s/ Melanie L. Alsworth
                              MELANIE L. ALSWORTH
                              Assistant United States Attorney

DATED: July 20, 2016          /s/Erin Snider
                              ERIN SNIDER
                              Attorney for Jorge Calestino ALVAREZ-Arias

DATED: July 20, 2016          /s/Robert Lamanuzzi
                              ROBERT LAMANUZZI
                              Attorney for Gilberto ZARATE

1

ORDER

IT IS SO ORDERED.

Dated: __July 21, 2016__                /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

2