```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  ERIN SNIDER, Bar #304781
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, CA  93721-2226
    Telephone: (559) 487-5561
 5  Fax: (559) 487-5950

 6  Attorney for Defendant
    JORGE CELESTINO ALVAREZ-ARIAS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00122-DAD-BAM (002) |
|---|---|---|
| Plaintiff, | ) ) | REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT NON-SUBSTANTIVE PROCEEDINGS; [PROPOSED] ORDER |
| vs. | ) ) | |
| JORGE CELESTINO ALVAREZ-ARIAS, | ) ) ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Jorge Celestino Alvarez-Arias, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at all non-substantive proceedings.  Mr. Alvarez-Arias agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 12, 2016        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JORGE CELESTINO ALVAREZ-ARIAS

## **O R D E R**

Defendant's request for a waiver of appearance is granted. The appearance of Defendant Jorge Celestino Alvarez-Arias (2) is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:   **August 15, 2016**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE