HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JORGE CELESTINO ALVAREZ-ARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00122-DAD-BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY SEPTEMBER 6, ) 2016 ORDER PERMITTING DISCLOSURE OF |
| vs. | ) PORTIONS OF CERTAIN SEALED ORDERS, ) APPLICATIONS, AFFIDAVITS, ) RECORDINGS AND FOR PROTECTIVE |
| JORGE CELESTINO ALVAREZ-ARIAS, | ) ORDER; ORDER |
| Defendant. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jorge Celestino Alvarez-Arias, that the Court's September 6, 2016 Order Permitting Disclosure of Portions of Certain Sealed Orders, Applications, Affidavits, Recordings and for Protective Order (hereinafter, "Protective Order"), filed in Case No. 1:15-SW-00288-LJO, may be modified. Specifically, to the extent the paragraph starting at line 16 on the second page of the Protective Order could be read to apply to all discovery, the parties agree that the Protective Order should be modified to apply only to the Title III applications, affidavits, orders, and recordings. The parties agree that defense counsel may provide to Mr. Alvarez-Arias copies of discovery materials other than the Title III applications, affidavits, orders, and recordings.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 12, 2017 */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 12, 2017 */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JORGE CELESTINO ALVAREZ-ARIAS

# **O R D E R**

The Court's September 6, 2016 Order Permitting Disclosure of Portions of Certain Sealed Orders, Applications, Affidavits, Recordings and for Protective Order, filed in Case No. 1:15-SW-00288-LJO, is modified as set forth above.

IT IS SO ORDERED.

Dated: **April 12, 2017**

_____
UNITED STATES DISTRICT JUDGE

Alvarez-Arias: Stipulation
and Proposed Order

2