James H. Cesena
The Law Offices of James H. Cesena
State Bar No. 76036
171 South Anita Drive, Suite 101
Orange, California 92868
Telephone: (714) 744-3333
Fax: (714) 744-4741

Attorney for Defendant,
Jorge Celestino Alvarez-Arias

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:16-CR-00122 DAD BAM |
| Plaintiff, | **AMENDED STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING** |
| vs. | |
| JORGE CELESTINO ALVAREZ-ARIAS, | |
| Defendant. | |

It is hereby stipulated by the undersigned parties that the current date of December 3, 2018 set for sentencing should be vacated and continued to February 11, 2019 upon a showing of good cause by Defense counsel JAMES H. CESENA. Good cause for the delay arises out of the fact that Defense counsel JAMES H. CESENA was hospitalized for approximately one week in the end of October 2018 and could not return to work for approximately one month pursuant to the advice of his doctor.

///

///

///

As a result of the aforementioned delay, Defense counsel JAMES H. CESENA has been unable to work, and, therefore, has been unable to prepare a response to the probation report on file in the above numbered case.

| | |
|---|---|
| 11/29/18<br>Dated | /s/ MELANIE L. ALSWORTH<br>MELANIE ALSWORTH<br>Assistant U.S. Attorney |
| 11/29/18<br>Dated | /s/ JAMES H. CESENA<br>JAMES H. CESENA<br>Attorneys for Defendant<br>JORGE CELESTINO ALVAREZ ARIAS |

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for December 3, 2018, is continued until February 11, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **November 29, 2018**

UNITED STATES DISTRICT JUDGE